**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PR-50 | 9466908 | Caldew, O | 4477 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 09/06/2022 0630
Offense Charged: VAR 1-218(6)(11)

Place of Offense: OPA Pharmacy

Offense Description: Disorderly Conduct

**DEFENDANT INFORMATION** Phone: (787) 966 5032

Last Name: Urbine
First Name: Angel
Street Address: Bo. Ceiba - KC F7, Cvr 782
City: Cidra
State: PR
Zip Code: 00735
Date of Birth: 12/22/1958
Social Security No.: 581 13 9966

Adult ☑  Sex Male ☑  Hair: bald  Eyes: brown  Height: 5-04  Weight: 190

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

X Defendant Signature



*9466908*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

M/D 12/5/22

I state that on September 06 2022 while exercising my duties as a law enforcement officer in the VACHS District of San Juan

See attached document

The foregoing statement is based upon:
☐ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/06/2022   [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/21/2022 17:30

CVB SCAN 09/21/2022 17:30

UNITED STATES DISTRICT COURT
VIOLATION NOTICE # 9466908
PUERTO RICO # 50

STATEMENT OF PROBABLE CAUSE
(For the issuance of an arrest warrant or summons)

I state that on September 06, 2022, while exercising my duties as a law enforcement officer in the SJVACHS District of PR 50 at San Juan

The person whose information appears in front according to my investigation and witnesses present, display Disorderly Conduct at OPA Pharmacy Hallway. He disrupted the normal operation of the area by utilizing a loud tone of voice and refused to follow instructions. See IR#20220906-000681.

The foregoing statement is based upon:
__X__ My personal observation   __X__ my personal investigation
____ Information supplied to me from my fellow officer's observation
____ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge. Executed on:

Executed on: 09/06/2022  PO. Caldero, Orlando #4477
Date (mm/dd/yyyy) Officers Name Printed / Signature badge #

Probable cause has been stated for issuance of warrant.

Executed on: _____
Date (mm/d /yyyy) U.S. Magistrate Judge

STop 8 Question #2021-09-13-000028
Defendant: Urbina, Angel

12/5/22

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PR-50 | 9466907 | Caldero, O | 4477 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 09/06/2022 0630
Offense Charged ☐ CFR ☐ USC ☐ State Code: VAR 1.218(b)(24)
Place of Offense: OPA Pharmacy
Offense Description; Factual Basis for Charge: Failure to Comply
HAZMAT ☐

**DEFENDANT INFORMATION** Phone: (787) 966-5032
Last Name: Urbina
First Name: Angel
Street Address: Bo. Ceiba KC F7, Cer 782
City: Cidra  State: P.R.  Zip Code: 00735  Date of Birth: 12/02/1958
Social Security No.: 581 13 9966

☑ Adult ☐ Juvenile  Sex ☑ Male ☐ Female  Hair: Bald  Eyes: brown  Height: 5-4  Weight: 170

**VEHICLE** VIN:   CMV ☐
Tag No.  State  Year  Make/Model  PASS ☐  Color

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ 25  Forfeiture Amount
+ $30 Processing Fee
$ 55.00  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address   Date   Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature
Original - CVB Copy


*9466907*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

RC or BF

I state that on September 06, 20 22 while exercising my duties as a law enforcement officer in the VACHS District of San Juan

See attached document

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/06/2022   [Officer's Signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/21/2022 17:30

UNITED STATES DISTRICT COURT
VIOLATION NOTICE # 9466907
PUERTO RICO # 50

STATEMENT OF PROBABLE CAUSE
(For the issuance of an arrest warrant or summons)

I state that on September 06, 2022, while exercising my duties as a law enforcement officer in the SJVACHS District of PR 50 at San Juan

The person whose information appears in front according to my investigation and observation, Failed to Comply with Mandatory COVID-19 Face mask Policy. He refused to wear a face mask alleging that he was except to wear it. See IR#20220906-000681.

The foregoing statement is based upon:
_X_ My personal observation     _X_ my personal investigation
___ Information supplied to me from my fellow officer's observation
___ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge. Executed on:

Executed on: 09/06/2022   PO. Caldero, Orlando #4477
             Date (mm/dd/yyyy) Officers Name Printed / Signature badge #

Probable cause has been stated for issuance of warrant.

Executed on: _____
             Date (mm/d /yyyy) U.S. Magistrate Judge




# Visitation Policy Rules
## Acute Care Wards

- Visiting hours are every day, **1:00PM to 6:00PM.**
- A maximum of **one (1) visitor** are allowed per patient.
- All visitors must be screened at the Hospital checkpoint prior to entrance.
- Maximum visit length is 20 minutes.
- Visitors must **wear a surgical mask at all times.**
- **No food or drink** can be brought by visitors to patients.
- Please sign in with the Security Guard located in seating area of every floor.
- In double rooms, only one patient will receive visitors at a time.





To enter the facility, visitors must go thru the designated screening point, companions must be vaccinated against COVID-19 and bring evidence of vaccination. All are required to wear a mask while in the facility. Food or drinks in patients' rooms are not allowed.

Patients attending outpatient appointments are allowed one companion. Companions must be vaccinated against COVID-19, bring evidence of vaccination, and be ready to present it at the entrance point. All companions must be minimum 12 years of age.

Relatives of patients admitted to the Spinal Cord Injury (SCI) Unit, Acute Behavioral Health Intensive Care Unit (ABHICU), and Community Living Centers (CLC) will be contacted by clinical staff and provided instructions on their visitation policies.

Thank you for your continued trust and support over the past two years. The COVID-19 pandemic is a milestone event for all of us and will forever change the way we deliver healthcare as we transition our operations in a phased approach with safety and wellness of Veterans and employees as our top priority.

We encourage our veterans and general public to get more information through our website www.caribbean.va.gov, Facebook: www.facebook.com/vacaribbean, or by calling 787-641-7582, extension 131932.





